**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 25- |
| | ) | |
| Susanne P. Wahba | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND STAY**

Pursuant to Local Bankr. R. 4001-2, I, Susanne P. Wahba, declare the following in support of my Motion to Reimpose the Stay:

1. I seek to reimpose the stay as to all of my creditors, as specified in my schedules and list of creditors.

2. I have had one bankruptcy case pending in the past year, namely Case No. 24-50786, filed on November 14, 2024. The United States Trustee's Office moved to dismiss that case (ECF 13) for my failure to provide proof of insurance for my residence, 111 Byram Shore Road, Greenwich CT. That property was insured, proof of which I provided to the Attorney for the United States Trustee. The Court ultimately granted the motion on December 12, 2024 (ECF 36), based on my failure to provide proof that I had opened a Debtor In Possession Account.

3. As set forth in my attorney's Motion for Relief from Judgment (ECF 38), I had provided proof of the opening of such account to him prior to that deadline, namely a "Void" specimen check showing the account's "DIP" status. Unfortunately, the bank statements did not show that status, leading to the dismissal of my case.

4. I have not had more than one previous case pending within the preceding year (other than the instant case).

5. I have experienced a substantial change in my financial affairs since the filing of the 2024 case. I filed both the 2024 case and this case in order to effectuate a sale of my

residence in order to maximize my ability to pay my creditors. For this case, however, I am fortunate enough to have the financial assistance of my nephew Derek Diasti, which will greatly assist in my prosecution of this case. In addition, I listed the property for sale in March of this year, which has generated market interest.

6. I have filed my petition, schedules, statement of financial affairs, and all related documents. I will close my prepetition bank accounts and open my Debtor in Possession account immediately, provide immediate proof of insurance for my residence to the United State's Trustee's Office, and otherwise fulfill all my obligations as a Debtor In Possession.

7. I respectfully request that the stay be extended to all my creditors for the duration of this case so I have the best possible chance of saving my residence.

_____
Susanne P. Wahba

Subscribed and sworn to before me this 18th day of July, 2025.

_____
Scott M. Charmoy
Commissioner of the Superior Court