# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205−5 | User: admin | Date Created: 9/18/2025 |
| Case: 25−50584 | Form ID: pdfdoc10 | Total: 21 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brian D. Rich | brich@barclaydamon.com |
| aty | Linda St. Pierre | linda.st.pierre@mccalla.com |
| aty | Scott M. Charmoy | scottcharmoy@charmoy.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Susanne P. Wahba 111 Byram Shore Road Greenwich, CT 06830−6907 |
| cr | JPMorgan Chase Bank, National Association c/o McCalla Raymer Leibert Pierce, LLP Bankruptcy Department 280 Trumbull St FL 23 Hartford, CT 06103 |
| 9586441 | America's Wholesale Lender Attn: Pres., Ofc. Mgr., or Acct. Rep. C/O MERS, Inc. P.O. Box 2026 Flint, MI 48501 |
| 9586440 | American Express National Bank Attn: Pres. Off. Mgr. or Acct. Rep. 115 W. Towne Ridge Parkway Sandy, UT 84070−5511 |
| 9598639 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355−0701 |
| 9586442 | Attorney Abraham M. Hoffman 4154 Madison Avenue Trumbull, CT 06611−3563 |
| 9586444 | Bridge Funding, Inc. Attn: Pres., Ofc. Mgr., Acct. Rep. 50 Main Street 1000 White Plains, NY 10606 |
| 9586445 | Chase Home Lending Attn: Pres. Off. Mgr. or Acct. Rep. 700 Kansas Lane Monroe, LA 71203−4774 |
| 9586446 | Connecticut Dept. of Revenue Services Attn: Pres. Off. Mgr. or Acct. Rep. 450 Columbus Blvd. Suite 1 Hartford, CT 06103−1837 |
| 9586447 | Connecticut Natural Gas Attn: Pres., Ofc. Mgr., or Acct. Rep. P.O. Box 847820 Boston, MA 02284 |
| 9586448 | Dr. Magdy A. Wahba 306 Upper Mountain Avenue Montclair, NJ 07043 |
| 9586449 | Internal Revenue Service Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101−7346 |
| 9586450 | Law Offices of Howard Lee Schiff, PC Attn: Pres. Off. Mgr. or Acct. Rep. 510 Holland Street East Hartford, CT 06108 |
| 9586451 | Mahmoud Wahba 111 Byram Shore Road Greenwich, CT 06830−6907 |
| 9586452 | Midland Funding, LLC Attn: Pres. Off. Mgr. or Acct. Rep. 350 Camino De La Reina Suite 100 San Diego, CA 92108 |
| 9586453 | Town of Greenwich Tax Collector Attn: Tax Collector 101 Field Point Road Greenwich, CT 06830−6463 |
| 9586454 | Yale New Haven Health Attn: Pres. Off. Mgr. or Acct. Rep. PO Box 788327 Philadelphia, PA 19178−8327 |
| 9586455 | Zabel Schellenberg PLLC Dennis Kokenos, Esq. One Audobon 401 New Haven, CT 06511 |

TOTAL: 18